NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: SEAN A. RAVIN,**
*Appellant*

---

2017-1112

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-8004, Chief Judge Robert N. Davis, Senior Judge Lawrence B. Hagel, Judge Coral Wong Pietsch.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, SCHALL, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 July 12, 2017    /s/ Peter R. Marksteiner
Date Peter R. Marksteiner
Clerk of Court